

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

_____

No. 02-26-00382-CV

_____

IN RE JERAMY FRANCES KILE, Relator

_____

Original Proceeding
43rd District Court of Parker County, Texas
Trial Court No. CV23-0871

_____

Before Walker, Birdwell, and Wallach, JJ.
Per Curiam Memorandum Opinion

# MEMORANDUM OPINION

The court has considered relator's petition for writ of mandamus, motion for temporary relief, and motion for leave to file physical media and is of the opinion that relief should be denied.  Accordingly, relator's petition for writ of mandamus, motion for temporary relief, and motion for leave to file physical media are denied.

Per Curiam

Delivered:  June 12, 2026